June 26, 2007

519/90C

LANGLEY WEINSTEIN HAMEL
901 Main Street, Suite 4100
Dallas, Texas 75202

RE: Contract #V519C-0182, Covered Ambulance Entrance, #V519C-0183, Correct Electrical Deficiencies, at the West Texas VA Health Care System, Big Spring, Texas.

Dear Mr. Weinstein:

I have reviewed your letter of June 11, 2007. At the time of receipt of ICW letter dated June 28, 2006, Texas Mechanical System, Inc (TMS) was not in default status, only later, as of September 22, 2006, Texas Mechanical System, Inc. did not return to the job site and was defaulted. You merely stated that "ICW has been made aware of claims and unpaid bills pertaining to vendors and subcontractors on another bonded project involving TMS".

As a result, it is determined that ICW is not entitled to recover any funds.

Sincerely

BEVERLY D. ATWELL
Contracting Officer

Cc: VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

1- Small Business Administration
Attn: Greg Duffer
4300 Amon Carter Blvd.
Suite 114
Fort Worth, Texas 76155

2- ICW Group Surety Company
Attn: Rick Lopez
11455 El Camino Real
San Diego, CA 92130-2045

ATTACHMENT A