**DEPARTMENT OF VETERANS AFFAIRS**
**Medical Center**
**Big Spring TX 79720–5500**

March 23, 2006

In Reply Refer To: 519/90C

Texas Mechanical Systems, Inc.
6457 S. Fort Hood Street
Kileen, TX 76542

Contract Performance, Contract #V519C-0182, Covered Ambulance Entrance, at the West Texas VA Healthcare System, Big Spring, Texas

Dear Mr. Carlos Navarrette:

1. The contract was awarded on September 27, 2005. The Notice to proceed was issued on October 14, 2005. Supplemental Agreement #1 effective date 2/14/06 which was signed on 2/23/06 extended the completion date to May 29, 2006.

2. As of today, approximately 20% of work activity has been completed although 65% of the construction period has expired. I am requesting that you provide the Contracting Officer an updated progress schedule immediately but no later than by close of business, Friday, March 30, 2006, showing dates selected milestone activities are schedule to be completed along with the steps your firm will take to expedite work activity as necessary to allow the contract to be completed on schedule.

3. If you have any questions or need additional information, you may contact Beverly Atwell at (432) 268-5055.

Sincerely,

BEVERLY D. ATWELL
Contracting Officer

cc: SBA & 138

EXHIBIT
1