**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-395C |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including October 23, 2008, to file a response to the complaint. Our response is currently due on September 8, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiff's counsel stated that he does not oppose this enlargement.

Our analysis of the information necessary to prepare a response to the complaint has not been completed due to our focus upon our dispositive motion. This enlargement is requested because the undersigned counsel of record for defendant must review the litigation report required by 28 U.S.C. § 520, and consult with the interested agency, the United States Department of Veterans Affairs. The additional time is necessary to allow sufficient time for counsel of record to review the litigation report and prepare the Government's response to the complaint.

Additionally, the enlargement is requested because of counsel of record's current workload, which includes responding to discovery requests for which defendant's counsel is responsible in General Motors Corporation v. United States, Fed. Cl. No. 00-40, and drafting a

post-trial brief in Scott Timber Co. v United States, Fed. Cl. No. 05-708C.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 45 days, to and including October 23, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

September 5, 2008

Attorneys for Defendant

**Certificate of Filing**

I hereby certify that on this 5th day of September, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ellen M. Lynch
Ellen M. Lynch